| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

KRISTEN WALKER and CHRISTOPHER RIHM, *Individually and on Behalf of All Others Similarly Situated*, §§§§§

      Plaintiffs, §§

*versus* §   CIVIL ACTION NO. 1:24-CV-27 §

DELI MANAGEMENT, INC. d/b/a JASON'S DELI, §§§§

      Defendant. §

## ORDER

In accordance with Plaintiffs Kristen Walker and Christopher Rihm's Notice of Voluntary Dismissal (#16), filed March 19, 2024, the above-styled case is dismissed without prejudice. Each party shall bear its own costs of court and attorney's fees.

SIGNED at Beaumont, Texas, this 19th day of March, 2024.

          MARCIA A. CRONE
          UNITED STATES DISTRICT JUDGE